POOR QUALITY ORIGINAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

DENNIS WALLACE

    Plaintiff-Appellant,

v.

SUSAN MCCAULEY et al.,

    Defendants-Appellee.

Case No. 2:22-cv-12530-SKD-CI

### NOTICE OF APPEAL

Notice is hereby given that Dennis Wallace, Petitioner in the above-named case hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered by the Court in this action on the 11 day of July 2024. (ECF No. 63).

Dated: July 18, 2024



Dennis Wallace #297322
Plaintiff-Appellant In Pro Per
Saginaw Correctional Facility
9625 Pierce Road - MDOC
Freeland, MI  48623


cc: U.S. Court of Appeals for 6th Cir. 100 E. Fifth Street, Cincinnati, OH 45202-3988

FILED
JUL 25 2024
CLERK'S OFFICE
DETROIT

Dennis Wallace #297532
Saginaw Regional Facility
9625 Pierce Rd
Freeland, MI
48623

Clerk U.S. District Ct
Eastern District Mich
231 W Lafayette Blvd. 5th Fl
Detroit, MI 48226

48226-277758